No. 880, October Term, 1945. ALKER ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORP. October 14, 1946. The motion for leave to file a fourth petition for rehearing is denied. 328 U. S. 881.

No. 893, October Term, 1945. SHAVER *v.* FIDELITY BANKERS TRUST CO., TRUSTEE. October 14, 1946. Second petition for rehearing denied. 328 U. S. 878.

No. 48, October Term, 1945. UNIVERSAL OIL PRODUCTS CO. *v.* ROOT REFINING CO. October 14, 1946. THE CHIEF JUSTICE, MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. 328 U. S. 575.

No. 109, Misc., October Term, 1945. IN RE MASSEY (327 U. S. 770); and
No. 1221, October Term, 1945. CROZIER ET AL. *v.* BALTIMORE & OHIO RAILROAD CO. (328 U. S. 871). October 21, 1946. The motions for leave to file petitions for rehearing are denied. THE CHIEF JUSTICE and MR. JUSTICE JACKSON took no part in the consideration or decision of these applications.

No. 269, October Term, 1945. SABIN ET AL. *v.* HOME OWNERS' LOAN CORP. ET AL. (326 U. S. 812); and
No. 952, October Term, 1945. SABIN ET AL. *v.* HOME OWNERS' LOAN CORP. ET AL. (328 U. S. 880). October 21, 1946. The motion for leave to file a second petition for rehearing is denied. THE CHIEF JUSTICE and MR. JUSTICE JACKSON took no part in the consideration or decision of this application.